**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jennifer L. Kresak                                  CHAPTER 13
         Mark T. Kresak

                                                         BKY. NO. 19-70739 JAD
                    Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 and index same on the master mailing list.

                                             Respectfully submitted,

                                             **/s/James C. Warmbrodt, Esquire**
                                             James C. Warmbrodt, Esquire
                                             Attorney I.D. No. 42524
                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             412-430-3594
                                             jwarmbrodt@kmllawgroup.com