IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 19-70739-JAD |
| MARK T. KRESAK and | ) | |
| JENNIFER L. KRESAK | ) | CHAPTER 13 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| MARK T. KRESAK and | ) | Related to Doc. #15 |
| JENNIFER L. KRESAK, | ) | |
| | ) | |
| Movants/Debtors, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**ORDER OF COURT**

AND NOW, to wit, this __20th__ day of __December__, 2019, it is hereby ORDERED that Movants/Debtors Mark T. Kresak and Jennifer L. Kresak is granted an extension up to and including January 2, 2020 to file the required completed schedules, declarations, statements, and plan.

BY THE COURT:

_____ sjk
JEFFERY A. DELLER,
U.S. District Court Bankruptcy Judge

FILED
12/20/19 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark T Kresak
Jennifer L Kresak
     Debtors

Case No. 19-70739-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Dec 20, 2019
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.
db/jdb          +Mark T Kresak,    Jennifer L Kresak,    1431 Oberlin Street,    Johnstown, PA 15905-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:
           Glenn R. Bartifay     on behalf of Debtor Mark T Kresak gbartifay@bartifaylaw.com,
            sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
           Glenn R. Bartifay     on behalf of Joint Debtor Jennifer L Kresak gbartifay@bartifaylaw.com,
            sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
           Steven P Kelly     on behalf of Creditor     U.S. Bank National Association Et al.
            skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                              TOTAL: 5