IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-70739-JAD |
| MARK T. KRESAK and ) | |
| JENNIFER L. KRESAK ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| MARK T. KRESAK and ) | |
| JENNIFER L. KRESAK, ) | |
| ) | Related to Doc. #22 |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT. ) | |

### ORDER OF COURT

AND NOW, to wit, this ___21st___ day of ___Jany___, 2020, it is hereby ORDERED that Movants/Debtors Mark T. Kresak and Jennifer L. Kresak is granted an extension up to and including January 27, 2020 to file the required completed schedules, declarations, statements, and plan.

BY THE COURT:

_____
JEFFERY A. DELLER,
U.S. District Court Bankruptcy Judge

FILED
1/21/20 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark T Kresak  
Jennifer L Kresak  
    Debtors

Case No. 19-70739-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: aala  Page 1 of 1  Date Rcvd: Jan 21, 2020  
         Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.  
db/jdb  +Mark T Kresak,  Jennifer L Kresak,  1431 Oberlin Street,  Johnstown, PA 15905-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.  TOTAL: 0

  ***** BYPASSED RECIPIENTS *****  
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:  
  Glenn R. Bartifay  on behalf of Debtor Mark T Kresak gbartifay@bartifaylaw.com,  
   sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com  
  Glenn R. Bartifay  on behalf of Joint Debtor Jennifer L Kresak gbartifay@bartifaylaw.com,  
   sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com  
  James Warmbrodt  on behalf of Creditor  U.S. Bank National Association, as indenture trustee,  
   for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com  
  Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov  
  Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com  
  Steven P Kelly  on behalf of Creditor  U.S. Bank National Association Et al.  
   skelly@sterneisenberg.com,  bkecf@sterneisenberg.com  
                                TOTAL: 6