IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **19-70739** |
| **Mark T Kresak** | : | |
| **Jennifer L Kresak** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Mark T Kresak** | : | |
| **Jennifer L Kresak** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Glenn R. Bartifay, Esquire 68763**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Glenn R. Bartifay, Esquire**
Signature
**Glenn R. Bartifay, Esquire 68763**
Typed Name
**3134 Lillian Avenue**
**First Floor**
**Murrysville, PA 15668**
Address
**412-824-4011 Fax:412-202-0180**
Phone No.
**68763 PA**
List Bar I.D. and State of Admission

GE Money Bank/Lowes
4125 Windward Plaza Drive Building 300
Alpharetta, GA 30005

GE Money Bank/Walmart
4125 Windward Plaza Drive Building 300
Alpharetta, GA 30005