Certificate Number: 16339-PAW-DE-034067937

Bankruptcy Case Number: 19-70739



16339-PAW-DE-034067937

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2020, at 6:18 o'clock PM EST, Mark Kresak completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  February 9, 2020          By:   /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor