Certificate Number: 16339-PAW-DE-034067938

Bankruptcy Case Number: 19-70739



16339-PAW-DE-034067938

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 9, 2020</u>, at <u>6:18</u> o'clock <u>PM EST</u>, <u>Jennifer Kresak</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>February 9, 2020</u>            By:    <u>/s/Kelley Tipton</u>

                                        Name:  <u>Kelley Tipton</u>

                                        Title: <u>Certified Financial Counselor</u>