IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 19-70739-JAD |
| MARK T. KRESAK and ) | |
| JENNIFER L. KRESAK, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| GLENN R. BARTIFAY, ESQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Applicant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF ATTORNEY FEES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Attorney Fees filed on April 13, 2023, Doc. No. 59, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing on Professional Fees filed on April 13, 2023, Doc. No. 60, Responses to the Application were to be filed and served no later than May 1, 2023.

It is hereby respectfully requested that the Proposed Order filed on April 13, 2023, Doc. No. 59-3, be entered by the Court.

Dated: May 2, 2023         /s/ Glenn R. Bartifay
                           GLENN R. BARTIFAY, ESQUIRE
                           Pa. Id. No. 68763
                           Attorney for Applicant

                           BARTIFAY LAW OFFICES, P.C.
                           2009 Mackenzie Way, Suite 100
                           Cranberry Township, PA 16066
                           (412) 824-4011
                           gbartifay@bartifaylaw.com