IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 19-70739-JAD |
| MARK T. KRESAK and | ) | |
| JENNIFER L. KRESAK, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| NOT IN ITS INDIVIDUAL CAPACITY | ) | |
| BUT SOLELY IN ITS CAPACITY AS | ) | |
| INDENTURE TRUSTEE OF | ) | |
| CIM TRUST 2021-NR1, | ) | |
| | ) | |
| Creditor/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK T. KRESAK and | ) | |
| JENNIFER L. KRESAK, | ) | |
| | ) | |
| Debtors/Respondents. | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Declaration Regarding Notice of Mortgage Payment Change dated December 21, 2023, Doc. No. 68, was served on December 21, 2023 by electronic mail, addressed as follows:

Denise Carlon on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1
dcarlon@kmllawgroup.com

Steven P Kelly on behalf of Creditor U.S. Bank National Association Et al.
skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Michelle L. McGowan on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1
mimcgowan@raslg.com

Sindi Mncina on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1
smncina@raslg.com

Brian Nicholas on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Dated: December 21, 2023        /s/ Glenn R. Bartifay
                                GLENN R. BARTIFAY, ESQUIRE
                                Pa. Id. No. 68763
                                Counsel for Debtors/Respondents

                                BARTIFAY LAW OFFICES, P.C.
                                2009 Mackenzie Way, Suite 100
                                Cranberry Township, PA 16066
                                (412) 824-4011
                                gbartifay@bartifaylaw.com