**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/07/2024

IN RE:

MARK T KRESAK
JENNIFER L KRESAK
1431 OBERLIN STREET
JOHNSTOWN, PA 15905
XXX-XX-6662          Debtor(s)

XXX-XX-7951

Case No.19-70739 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/7/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1420 |
| **STERN & EISENBERG LP**<br>1581 MAIN ST STE 200<br>THE SHOPPES AT VALLEY SQUARE<br>WARRINGTON, PA 18976 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: NO$/SCH G*PD OUTSIDE/PL*CO SIGNED*CL=27402.42 | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1487 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 5  INT %: 3.49%<br>Court Claim Number: 7<br>CLAIM: 25,407.59<br>COMMENT: CL7GOV*PMT/CONF*24989.73@3.49%/PL*DK | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7951 |
| **US BANK NA - INDENTURE TRUSTEE ET AL**<br>C/O SELECT PORTFOLIO SERVICING INC<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*1ST*BGN 12/19*FR 2016-1-DOC 51 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3636 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 24-2<br>CLAIM: 18,978.81<br>COMMENT: AVD/OE*2ND*BGN 12/19*AMD*DK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3628 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Trustee Claim Number: 8  INT %: 5.49%<br>Court Claim Number: 8<br>CLAIM: 18,683.30<br>COMMENT: CL8GOV*PMT/CONF*18255.20@5.49%/PL*DK | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8362 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,480.47<br>COMMENT: CAP ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7828 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,945.21<br>COMMENT: CAP ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7471 |

| Creditor | Trustee/Court Claim | Cred Info |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,564.25<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1780 |
| **CBW SCHOOLS FCU**<br>POB 400<br>460 LOCUST ST<br>SIDMAN, PA 15955 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 3,027.36<br>COMMENT: 7537/SCH*GU BAR TIMELY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7951 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 6,710.99<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2686 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 4,458.47<br>COMMENT: SHERMAN/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4143 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 582.28<br>COMMENT: VICTORIA'S SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8344 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 847.16<br>COMMENT: BON-TON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9952 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 260.35<br>COMMENT: BOSCOV'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0432 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 121.08<br>COMMENT: BOSCOV'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6803 |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3736 |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,360.01<br>COMMENT: 3736/SCH*FIRESTONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7951 |

| Creditor | Claim Info | Details |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  5,144.76<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2203 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  3,872.52<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8854 |
| **FIRST BANKCARD CENTER**<br>PO BOX 3331<br>OHAMA, NE  68103 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8564 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE  68197-3106 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  1,910.57<br>COMMENT:  5348/SCH*SHEETZ | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8564 |
| **GEMB++**<br>950 FORRER BLVD<br>DAYTON, OH  45420 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~LOWES~JDGMNT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2715 |
| **GEMB++**<br>950 FORRER BLVD<br>DAYTON, OH  45420 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~WALMART~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4156 |
| **HOME DEPOT CREDIT SERVICES**<br>PO BOX 9001010<br>LOUISVILLE, KY  40290 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0221 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  3,100.20<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9119 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  265.76<br>COMMENT:  MACY'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4936 |
| **MOHELA**<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005-1243 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DEPT OF ED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** PO BOX 12914, NORFOLK, VA 23541 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 3,562.92<br>COMMENT: PAYPAL*FR SYNCHRONY-DOC 56 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6844 |
| **PRIME INCORPORATED** PO BOX 4208, SPRINGFIELD, MO 65808 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9119 |
| **SALLIE MAE BANK** C/O SALLIE MAE, PO BOX 3319, WILMINGTON, DE 19804 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 4,470.93<br>COMMENT: 6514/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7951 |
| **SALLIE MAE BANK** C/O SALLIE MAE, PO BOX 3319, WILMINGTON, DE 19804 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 2,880.59<br>COMMENT: 1913/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7951 |
| **SALLIE MAE BANK** C/O SALLIE MAE, PO BOX 3319, WILMINGTON, DE 19804 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:26<br>CLAIM: 2,250.43<br>COMMENT: 3538/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7951 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813, CHICAGO, IL 60677-2813 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 4,888.49<br>COMMENT: SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9407 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS** DEPT 888 PO BOX 4457, HOUSTON, TX 77210-4457 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 179.33<br>COMMENT: LOWE'S/GEMB/GECRB*COA-DOC 65 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3558 |
| **SYNCHRONY BANK**** C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA 23541 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PPC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6844 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT, LOUISVILLE, KY 40213-3439 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,861.55<br>COMMENT: THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0221 |
| **TRISTIN KRESAK** 1431 OBERLIN ST, JOHNSTOWN, PA 15905 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:24-2 | ACCOUNT NO.: 3628 |
| ATTN REMITTANCE PROCESSING | | |
| PO BOX 65450 | CLAIM: 0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT: ARRS*AVOIDED/OE@CID7 | |
| | | |
| **US BANK NA - INDENTURE TRUSTEE ET AL** | Trustee Claim Number:42  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC | Court Claim Number:23 | ACCOUNT NO.: 3636 |
| PO BOX 65450 | | |
| | CLAIM: 12,405.80 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT: CL23GOV*11596.52/PL*THRU 11/19*FR 2016-1-DOC 51 | |