**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mark T Kresak**
**Jennifer L Kresak**
    Debtor(s)

Bankruptcy Case No.: 19−70739−JAD
Related to Doc. #78
Chapter: 13
Docket No.: 79 − 78

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of February, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/22/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/29/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/22/25.**

                                                                Jeffery A. Deller
                                                                United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70739-JAD |
| Mark T Kresak | Chapter 13 |
| Jennifer L Kresak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 27, 2025 | Form ID: 408 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark T Kresak, Jennifer L Kresak, 1431 Oberlin Street, Johnstown, PA 15905-2037 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 15206202 | | C-B-W Schools Federal Credit Union, 460 Locust St, Sidman, PA 15955 |
| 15168002 | | Cbw Schools Fcu, 460 Locust St., Sidman, PA 15955 |
| 15168017 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15168025 | + | Tristin Kresak, 1431 Oberline Street, Johnstown, PA 15905-2037 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 02:25:36 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 02:25:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15167999 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Feb 28 2025 02:56:53 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15172223 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 28 2025 01:22:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15191041 | | Email/Text: BKPT@cfna.com | Feb 28 2025 01:21:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 15183326 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 01:14:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15168000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 00:31:04 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15196364 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 00:29:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15168003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 00:29:45 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15168004 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2025 01:22:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15168005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2025 01:22:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15168006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2025 01:22:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15168007 | + | Email/Text: BKPT@cfna.com | Feb 28 2025 01:21:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |

| Recipient ID | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 15168008 | + | Email/Text: BKPT@cfna.com | Feb 28 2025 01:21:00 | Credit First N. A. (Firestone), PO Box 81344, Cleveland, OH 44188-0001 |
| 15168015 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 00:43:07 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15191022 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15170258 | | Email/Text: mrdiscen@discover.com | Feb 28 2025 01:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15168009 | + | Email/Text: mrdiscen@discover.com | Feb 28 2025 01:21:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15168010 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2025 01:22:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15179201 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2025 01:22:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3129, Omaha, NE 68197 |
| 15168011 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2025 01:22:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15190241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 00:14:08 | GE Money Bank/Lowes, 4125 Windward Plaza Drive Building 300, Alpharetta, GA 30005-8738 |
| 15190242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 02:25:31 | GE Money Bank/Walmart, 4125 Windward Plaza Drive Building 300, Alpharetta, GA 30005-8738 |
| 15168012 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 00:30:07 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15195617 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2025 01:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184835 | + | Email/Text: RASEBN@raslg.com | Feb 28 2025 01:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15168013 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2025 00:14:06 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15197380 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 00:15:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15168016 | | Email/Text: EBN@Mohela.com | Feb 28 2025 01:22:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15551443 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 00:28:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15190405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 00:14:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15184084 | | Email/Text: bankruptcynotices@psecu.com | Feb 28 2025 01:23:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15168018 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 00:15:26 | Pay Pal Credit Services GEMB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 15168019 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2025 01:14:36 | Prime, Card Member Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 15196514 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15196515 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15199068 | | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 28 2025 01:22:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15168020 | + | Email/Text: ebn_bkrt_forms@salliemae.com | | |

Case 19-70739-JAD    Doc 80    Filed 03/01/25    Entered 03/02/25 00:27:29    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: 408 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 28 2025 01:22:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15168021 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 28 2025 01:23:00 | | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 15168022 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 28 2025 00:29:34 | | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15168023 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 28 2025 02:25:35 | | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15168459 | + | Email/PDF: acg.acg.ebn@aisinfo.com Feb 28 2025 00:15:36 | | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15168024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 28 2025 00:28:59 | | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15198564 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 28 2025 01:23:00 | | U.S. Bank National Association, C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15171049 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 28 2025 01:23:00 | | U.S. Bank National Association, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 15198188 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 28 2025 01:23:00 | | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15184694 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com Feb 28 2025 01:54:24 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15168026 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com Feb 28 2025 00:29:11 | | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association Et al. |
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank National Association, not in its individ |
| 15168001 | | Capital One Bank Usa N |
| 15168014 | | Kades Margolis - 403B Loan |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15197594 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15488575 | *+ | U.S. Bank National Association, et al., C/O Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165-0250 |

TOTAL: 7 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in itscapacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Mark T Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Jennifer L Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Jennifer L Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Mark T Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 smncina@raslg.com |
| Steven P Kelly | on behalf of Creditor U.S. Bank National Association Et al. skelly@sterneisenberg.com  bkecf@sterneisenberg.com |

TOTAL: 14