**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARK T KRESAK<br>JENNIFER L KRESAK<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:19-70739 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/06/2019 and confirmed on 2/26/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 147,877.50 |
| Less Refunds to Debtor | 1,105.19 | |
| TOTAL AMOUNT OF PLAN FUND | | 146,772.31 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,936.00 | |
|    Trustee Fee | 7,575.96 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,511.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - INDENTURE TRUSTEE ET A | 0.00 | 70,770.53 | 0.00 | 70,770.53 |
|   Acct: 3636 | | | | |
| US BANK NA - INDENTURE TRUSTEE ET A | 12,405.80 | 12,405.80 | 0.00 | 12,405.80 |
|   Acct: 3636 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 25,245.57 | 25,245.57 | 2,378.22 | 27,623.79 |
|   Acct: 7951 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 18,683.30 | 18,683.30 | 2,797.43 | 21,480.73 |
|   Acct: 8362 | | | | |
| | | | | 132,280.85 |
| **Priority** | | | | |
| GLENN R BARTIFAY ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MARK T KRESAK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MARK T KRESAK | 1,105.19 | 1,105.19 | 0.00 | 0.00 |
|   Acct: | | | | |
| BARTIFAY LAW OFFICES PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GLENN R BARTIFAY ESQ** | 3,936.00 | 3,936.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GLENN R BARTIFAY ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX ADM | | | | |
| AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1487 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 18,978.81 | 489.65 | 0.00 | 489.65 |
|   Acct: 3628 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,480.47 | 64.00 | 0.00 | 64.00 |
|   Acct: 7828 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,945.21 | 50.19 | 0.00 | 50.19 |
|   Acct: 7471 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,564.25 | 40.36 | 0.00 | 40.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 1780 | | | | |
|     CBW SCHOOLS FCU | 3,027.36 | 78.11 | 0.00 | 78.11 |
|     Acct: 7951 | | | | |
|     LVNV FUNDING LLC | 6,710.99 | 173.14 | 0.00 | 173.14 |
|     Acct: 2686 | | | | |
|     LVNV FUNDING LLC | 4,458.47 | 115.03 | 0.00 | 115.03 |
|     Acct: 4143 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENIT | 582.28 | 15.02 | 0.00 | 15.02 |
|     Acct: 8344 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENIT | 847.16 | 21.86 | 0.00 | 21.86 |
|     Acct: 9952 | | | | |
|     QUANTUM3 GROUP LLC - AGENT COMEN | 260.35 | 6.72 | 0.00 | 6.72 |
|     Acct: 0432 | | | | |
|     QUANTUM3 GROUP LLC - AGENT COMEN | 121.08 | 3.12 | 0.00 | 3.12 |
|     Acct: 6803 | | | | |
|     CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3736 | | | | |
|     CREDIT FIRST NA* | 1,360.01 | 35.09 | 0.00 | 35.09 |
|     Acct: 7951 | | | | |
|     DISCOVER BANK(*) | 5,144.76 | 132.73 | 0.00 | 132.73 |
|     Acct: 2203 | | | | |
|     DISCOVER BANK(*) | 3,872.52 | 99.91 | 0.00 | 99.91 |
|     Acct: 8854 | | | | |
|     FIRST BANKCARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8564 | | | | |
|     FIRST NATIONAL BANK OF OMAHA(*) | 1,910.57 | 49.29 | 0.00 | 49.29 |
|     Acct: 8564 | | | | |
|     GEMB++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2715 | | | | |
|     GEMB++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4156 | | | | |
|     HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0221 | | | | |
|     JPMORGAN CHASE BANK NA S/B/M/T CHA | 3,100.20 | 79.99 | 0.00 | 79.99 |
|     Acct: 9119 | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 265.76 | 6.86 | 0.00 | 6.86 |
|     Acct: 4936 | | | | |
|     MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - A | 3,562.92 | 91.92 | 0.00 | 91.92 |
|     Acct: 6844 | | | | |
|     PRIME INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9119 | | | | |
|     SALLIE MAE BANK | 4,470.93 | 115.35 | 0.00 | 115.35 |
|     Acct: 7951 | | | | |
|     SALLIE MAE BANK | 2,880.59 | 74.32 | 0.00 | 74.32 |
|     Acct: 7951 | | | | |
|     SALLIE MAE BANK | 2,250.43 | 58.06 | 0.00 | 58.06 |
|     Acct: 7951 | | | | |
|     JEFFERSON CAPITAL SYSTEMS LLC* | 4,888.49 | 126.12 | 0.00 | 126.12 |
|     Acct: 9407 | | | | |
|     SYNCHRONY BANK BY AIS INFOSOURCE | 179.33 | 4.63 | 0.00 | 4.63 |
|     Acct: 3558 | | | | |
|     SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6844 | | | | |
|     CITIBANK NA** | 1,861.55 | 48.03 | 0.00 | 48.03 |
|     Acct: 0221 | | | | |
|     US BANK NA - INDENTURE TRUSTEE CIM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3628 | | | | |
|     SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |

19-70739 JAD                                                                                Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: 1420 | | | | |
|     STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|     TRISTIN KRESAK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 1,979.50 |
| **TOTAL PAID TO CREDITORS** | | | | 134,260.35 |

TOTAL CLAIMED
PRIORITY           0.00
SECURED       56,334.67
UNSECURED     76,724.49

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   MARK T KRESAK
   JENNIFER L KRESAK
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:19-70739 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70739-JAD |
| Mark T Kresak | Chapter 13 |
| Jennifer L Kresak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark T Kresak, Jennifer L Kresak, 1431 Oberlin Street, Johnstown, PA 15905-2037 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 15206202 | | C-B-W Schools Federal Credit Union, 460 Locust St, Sidman, PA 15955 |
| 15168002 | | Cbw Schools Fcu, 460 Locust St., Sidman, PA 15955 |
| 15168017 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15168025 | + | Tristin Kresak, 1431 Oberline Street, Johnstown, PA 15905-2037 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 00:30:34 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 00:14:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15167999 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Feb 28 2025 02:56:53 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15172223 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 28 2025 01:22:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15191041 | | Email/Text: BKPT@cfna.com | Feb 28 2025 01:21:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 15183326 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 00:14:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15168000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 00:15:21 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15196364 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 03:07:06 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15168003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 00:30:01 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15168004 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2025 01:22:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15168005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2025 01:22:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15168006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2025 01:22:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15168007 | + | Email/Text: BKPT@cfna.com | Feb 28 2025 01:21:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |

Case 19-70739-JAD   Doc 81   Filed 03/01/25   Entered 03/02/25 00:27:29   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 15168008 | + | Email/Text: BKPT@cfna.com | Feb 28 2025 01:21:00 | Credit First N. A. (Firestone), PO Box 81344, Cleveland, OH 44188-0001 |
| 15168015 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 03:07:03 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15191022 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15170258 | | Email/Text: mrdiscen@discover.com | Feb 28 2025 01:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15168009 | + | Email/Text: mrdiscen@discover.com | Feb 28 2025 01:21:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15168010 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2025 01:22:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15179201 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2025 01:22:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3129, Omaha, NE 68197 |
| 15168011 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2025 01:22:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15190241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 00:29:02 | GE Money Bank/Lowes, 4125 Windward Plaza Drive Building 300, Alpharetta, GA 30005-8738 |
| 15190242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 00:14:02 | GE Money Bank/Walmart, 4125 Windward Plaza Drive Building 300, Alpharetta, GA 30005-8738 |
| 15168012 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 01:35:44 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15195617 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2025 01:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184835 | + | Email/Text: RASEBN@raslg.com | Feb 28 2025 01:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15168013 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2025 00:43:06 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15197380 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 02:56:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15168016 | | Email/Text: EBN@Mohela.com | Feb 28 2025 01:22:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15551443 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 00:28:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15190405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2025 02:56:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15184084 | | Email/Text: bankruptcynotices@psecu.com | Feb 28 2025 01:23:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15168018 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 02:56:53 | Pay Pal Credit Services GEMB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 15168019 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2025 02:56:57 | Prime, Card Member Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 15196514 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15196515 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15199068 | | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 28 2025 01:22:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15168020 | + | Email/Text: ebn_bkrt_forms@salliemae.com | | |

Case 19-70739-JAD  Doc 81  Filed 03/01/25  Entered 03/02/25 00:27:29  Desc Imaged
Certificate of Notice  Page 8 of 9

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 28 2025 01:22:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15168021 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 28 2025 01:23:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 15168022 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 00:29:23 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15168023 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 00:29:49 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15168459 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2025 00:31:28 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15168024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2025 00:28:49 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15198564 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 28 2025 01:23:00 | U.S. Bank National Association, C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15171049 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 28 2025 01:23:00 | U.S. Bank National Association, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 15198188 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 28 2025 01:23:00 | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15184694 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Feb 28 2025 01:54:24 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15168026 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Feb 28 2025 00:31:04 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association Et al. |
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank National Association, not in its individ |
| 15168001 | | Capital One Bank Usa N |
| 15168014 | | Kades Margolis - 403B Loan |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15197594 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15488575 | *+ | U.S. Bank National Association, et al., C/O Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165-0250 |

TOTAL: 7 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-7 | User: auto | Page 4 of 4
Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 54

Date: Mar 01, 2025   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

**Name**  **Email Address**

Denise Carlon
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in itscapacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 dcarlon@kmllawgroup.com

Glenn R. Bartifay
on behalf of Debtor Mark T Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
on behalf of Plaintiff Jennifer L Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
on behalf of Joint Debtor Jennifer L Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
on behalf of Plaintiff Mark T Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Maria Miksich
on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 mmiksich@kmllawgroup.com

Michelle L. McGowan
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Sindi Mncina
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 smncina@raslg.com

Steven P Kelly
on behalf of Creditor U.S. Bank National Association Et al. skelly@sterneisenberg.com  bkecf@sterneisenberg.com

TOTAL: 14