# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:

    MARK T KRESAK
    JENNIFER L KRESAK
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-70739 JAD

Chapter 13

Document No.: 78

FILED
4/23/25 1:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __23rd__ day of _____April_____, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328 (a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:



U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 19-70739-JAD

Mark T Kresak                                                                                Chapter 13

Jennifer L Kresak

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                        User: auto                                        Page 1 of 4

Date Rcvd: Apr 23, 2025                            Form ID: pdf900                            Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark T Kresak, Jennifer L Kresak, 1431 Oberlin Street, Johnstown, PA 15905-2037 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 15206202 | | C-B-W Schools Federal Credit Union, 460 Locust St, Sidman, PA 15955 |
| 15168002 | | Cbw Schools Fcu, 460 Locust St., Sidman, PA 15955 |
| 15168017 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15168025 | + | Tristin Kresak, 1431 Oberline Street, Johnstown, PA 15905-2037 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2025 01:09:30 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2025 01:25:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15167999 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 24 2025 01:08:54 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15172223 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 24 2025 01:01:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15191041 | | Email/Text: BKPT@cfna.com | Apr 24 2025 01:00:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 15183326 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 01:07:25 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15168000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 01:22:52 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15196364 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 01:23:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15168003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 01:23:58 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15168004 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 01:00:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15168005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 01:00:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15168006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 01:00:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15168007 | + | Email/Text: BKPT@cfna.com | Apr 24 2025 01:00:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |

District/off: 0315-7        User: auto        Page 2 of 4

Date Rcvd: Apr 23, 2025        Form ID: pdf900        Total Noticed: 54

| | | | |
|---|---|---|---|
| 15168008 | + Email/Text: BKPT@cfna.com | Apr 24 2025 01:00:00 | Credit First N. A. (Firestone), PO Box 81344, Cleveland, OH 44188-0001 |
| 15168015 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 01:21:50 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15191022 | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2025 01:00:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15170258 | Email/Text: mrdiscen@discover.com | Apr 24 2025 01:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15168009 | + Email/Text: mrdiscen@discover.com | Apr 24 2025 01:00:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15168010 | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2025 01:00:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15179201 | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2025 01:00:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3129, Omaha, NE 68197 |
| 15168011 | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2025 01:00:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15190241 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 01:54:05 | GE Money Bank/Lowes, 4125 Windward Plaza Drive Building 300, Alpharetta, GA 30005-8738 |
| 15190242 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 01:39:05 | GE Money Bank/Walmart, 4125 Windward Plaza Drive Building 300, Alpharetta, GA 30005-8738 |
| 15168012 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 01:07:36 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15195617 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2025 01:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184835 | + Email/Text: RASEBN@raslg.com | Apr 24 2025 01:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15168013 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2025 01:09:38 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15197380 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 01:09:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15168016 | Email/Text: EBN@Mohela.com | Apr 24 2025 01:00:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15551443 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2025 01:25:22 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15190405 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2025 01:41:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15184084 | Email/Text: bankruptcynotices@psecu.com | Apr 24 2025 01:01:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15168018 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 01:07:25 | Pay Pal Credit Services GEMB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 15168019 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2025 01:09:15 | Prime, Card Member Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 15196514 | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2025 01:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15196515 | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2025 01:00:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15199068 | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 24 2025 01:01:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15168020 | + Email/Text: ebn_bkrt_forms@salliemae.com | | |

District/off: 0315-7                                    User: auto                                    Page 3 of 4

Date Rcvd: Apr 23, 2025                        Form ID: pdf900                        Total Noticed: 54

| | | Apr 24 2025 01:01:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
|---|---|---|---|
| 15168021 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2025 01:01:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 15168022 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 01:07:25 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15168023 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 01:09:38 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15168459 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2025 01:22:36 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15168024 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 01:39:45 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15198564 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2025 01:01:00 | U.S. Bank National Association, C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15171049 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2025 01:01:00 | U.S. Bank National Association, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 15198188 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2025 01:01:00 | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15184694 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 24 2025 01:38:48 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15168026 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Apr 24 2025 01:22:52 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association Et al. |
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank National Association, not in its individ |
| 15168001 | | Capital One Bank Usa N |
| 15168014 | | Kades Margolis - 403B Loan |
| cr | \*+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | \*+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15197594 | \*+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15488575 | \*+ | U.S. Bank National Association, et al., C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT. 84165-0250 |

TOTAL: 7 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-7                                    User: auto                                                    Page 4 of 4
Date Rcvd: Apr 23, 2025                                Form ID: pdf900                                        Total Noticed: 54

Date: Apr 25, 2025                         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Mark T Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Jennifer L Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Jennifer L Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Mark T Kresak gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 smncina@raslg.com |
| Steven P Kelly | on behalf of Creditor U.S. Bank National Association Et al. skelly@sterneisenberg.com  bkecf@sterneisenberg.com |

TOTAL: 14