# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jennifer L. Kresak**<br>**Mark T. Kresak**<br>                                **Debtors** | **BK NO. 19-70739 JAD**<br><br>**Chapter 13** |
| **U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1**<br>                                **Movant**<br>        vs.<br><br>**Jennifer L. Kresak**<br>**Mark T. Kresak**<br>                                **Debtors**<br><br>**Ronda J. Winnecour**,<br>                                **Trustee** | **Related to Claim No. 23-1** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 1, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtors</u>
Jennifer L. Kresak
1431 Oberlin Street
Johnstown, PA 15905

Mark T. Kresak
1431 Oberlin Street
Johnstown, PA 15905

<u>Attorney for Debtors</u>
Glenn R. Bartifay, Esquire
3134 Lillian Avenue
First Floor
Murrysville, PA 15668

<u>Trustee</u>
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: Electronic means or first class mail.

Dated: <u>September 1, 2022</u>

                                                **/s/ Brian C. Nicholas, Esquire**
                                                Brian C. Nicholas, Esquire
                                                Attorney I.D. No. 317240
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                201-549-5366
                                                bnicholas@kmllawgroup.com