**Fill in this information to identify the case:**

Debtor 1 __Jennifer Kresak__

Debtor 2 __Mark Kresak__
(Spouse, if filing)

United States Bankruptcy Court for the __Western District Of Pennsylvania__

Case number __19-70739__

---

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1

**Court claim no. (if known):** 23

**Last four digits of any number you use to identify the debtor's account:** 3636

**Date of payment change:** __06/14/2023__
Must be at least 21 days after date of this notice

**New total payment:** $ 1181.56
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: __8.75000__ %     New interest rate: __9.75000__ %

   Current principal and interest payment: $ __860.56__   New principal and interest payment: $ __903.96__

---

Official Form 410S1       **Notice of Mortgage Payment Change**       page 1

Debtor 1 <u>Jennifer</u>   <u>Kresak</u>
       First Name   Middle Name   Last Name

Case Number *(If known)*: 19-70739

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/ Brian C. Nicholas</u>                              Date 04/28/2023
Signature

Print:   <u>Brian          C.         Nicholas</u>      Title   <u>Attorney for Creditor</u>
         First Name   Middle Name   Last Name

Company   <u>KML Law Group, P.C.</u>

Address   <u>701 Market Street, Suite 5000</u>
          Number          Street

          <u>Philadelphia,   PA      19106</u>
          City            State    ZIP Code

Contact phone   <u>(215) 627-1322</u>      Email   <u>bnicholas@kmllawgroup.com</u>