**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Mark T. Kresak**<br>　　　　**Jennifer L. Kresak**<br><br>　　　　　　　　　　　　　　**Debtor(s)**<br><br>**U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1**<br>　　　　　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Mark T. Kresak**<br>**Jennifer L. Kresak**<br>　　　　　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>　　　　　　　　　　　　　　**Trustee** | **BK NO. 19-70739 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 23-1** |

### CERTIFICATE OF SERVICE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 28, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Jennifer L. Kresak
1431 Oberlin Street
Johnstown, PA 15905

Mark T. Kresak
1431 Oberlin Street
Johnstown, PA 15905

Attorney for Debtor(s) (via ECF)
Glenn R. Bartifay, Esquire
2009 Mackenzie Way
Suite 100
Cranberry Township, PA 16066

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: April 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brian C. Nicholas*
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com